**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   09-cr-00528-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  RENITA L. BLUNT,

        Defendant.

---

**ORDER DISMISSING WITH PREJUDICE
COUNTS 12 - 24 OF INDICTMENT**

---

THIS MATTER comes before the Court upon the Government's Motion to Dismiss Counts 12-24 of the Indictment with Prejudice [Doc. #305], filed November 26, 2010.  The Court having considered this motion, it is hereby

ORDERED that, Government's Motion to Dismiss Counts 12-24 of the Indictment with Prejudice [Doc. #305], filed November 26, 2010, is **GRANTED.**  It is further

ORDERED that Counts 12-24 of the Indictment are dismissed with prejudice as to defendant, Renita L. Blunt only.

Dated this 1st day of December, 2010.

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              WILEY Y. DANIEL,
                              CHIEF UNITED STATES DISTRICT JUDGE